*Receipt # 11092499*
*10/4/11 cg*

**MORRIS L. HORWITZ**
**Chapter 7 United States Trustee in Bankruptcy**
14 Lafayette Square, Suite 1440
Buffalo, NY 14203
(716) 838-4300 (Erie)   (716) 693-4529 (Niagara)
(716) 693-4685 (fax)

October 3, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202-2501

    Re:   NOAH, LINDA J.          Case 09-12821-B
           Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $238.43. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    ____   I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

Claimant: <u>City of Buffalo Parking Violations Bureau</u>  Amount $150.94  Claims Register  2

Claimant: <u>City of Buffalo Parking Violations Bureau</u>  Amount $ 45.20  Claims Register  3

Claimant: <u>City of Buffalo Parking Violations Bureau</u>  Amount $ 42.29  Claims Register  4

                                              _/s/ Morris L. Horwitz_
                                              Morris L. Horwitz, Trustee

FILED OCT - 4 2011 BANKRUPTCY COURT BUFFALO, N.Y.